**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2138**

JOSEPH J. BELLINGER,

        Trustee - Appellant,

    v.

JOYCE E. BUCKLEY,

        Debtor - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:17-cv-00068-JKB)

Submitted:  April 30, 2018                Decided:  May 9, 2018

Before GREGORY, Chief Judge, and DUNCAN and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph J. Bellinger, Baltimore, Maryland, James M. Hoffman, OFFIT KURMAN, P.A., Bethesda, Maryland, for Appellant.  Christina L. Thomas, Robert M. Stahl, IV, LAW OFFICES OF ROBERT M. STAHL, LLC, Lutherville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph J. Bellinger, the trustee in Joyce Buckley's Chapter 7 bankruptcy proceeding, appeals from the district court's order affirming the bankruptcy court's order overruling Bellinger's objection to Buckley's claimed exemption in certain real property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bellinger v. Buckley*, No. 1:17-cv-00068-JKB (D. Md. Aug. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*